**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

CITY OF PHILADELPHIA AND      :   No. 92 EM 2018
PHILADELPHIA INDUSTRIAL      :
DEVELOPMENT CORPORATION,      :
     :
         Respondents      :
     :
     :
         v.      :
     :
     :
MEGAN SHANNON,      :
     :
         Petitioner      :

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 26th day of October, 2018, the Application for Extraordinary Relief is DENIED.